NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL MOORE and MAXINE MOORE, )
)
Appellants, )
)
v. ) Case No. 2D17-886
)
SIVAKUMAR RAMAN, )
)
Appellee. )
_____ )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Lee
County; Jay B. Rosman, Judge.

Michael Moore and Maxine Moore, pro se.

Michael R. D'Lugo of Wicker Smith O'Hara
McCoy & Ford, P.A., Orlando, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and BADALAMENTI, JJ., Concur.